# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TROY NORTON,

    Plaintiff,

v.

LTD FINANCIAL SERVICES LP and LTD ACQUISITIONS LLC,

    Defendants.

Case No. 19-CV-630-JPS

**ORDER**

On July 22, 2019, Plaintiff filed a notice of voluntary dismissal of this action with prejudice and without costs assessed to any party. (Docket #9). The Court will adopt that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff's pending class certification motion, (Docket #3), will be denied as moot.

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #9) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party; and

**IT IS FURTHER ORDERED** that Plaintiff's class certification motion (Docket #3) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 25th day of July, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge